UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

THE VERMONT COUNTRY STORE, INC.          :
and GRAVEL AND SHEA, Plaintiffs,         :
                                         :
                                         :
               v.                        :          Docket No. 1:05-cv-63
                                         :
MICHAEL E. NELSON and                    :
ALAN GOLDMAN, Defendants·                :
                                         :

## DECLARATION OF ALAN GOLDMAN

Alan Goldman declares, under penalty of perjury in accordance with 28 U.S.C. §§ 1746, that the following is true and correct:

1.      I did register the trade name "Montpelier Vermont Country Store The"  with the Vermont Secretary of State.   The Vermont Secretary of State approved my registration of that trade name.   It was done on January 28, 2004, which is more than a year ago. [The Registration is Attachment A"]

2.      At no time have I , or The Montpelier Vermont Country Store sold, offered for sale, advertised for sale, advertised or transported any **goods** in commerce under or using the trade name "The Montpelier Vermont Country Store".

3.      At no time have I , or The Montpelier Vermont Country Store sold, offered for sale, or transported any **services** in commerce under or using the trade name The Montpelier Vermont Country Store.

4.      My contemplated business for use of the trade name The Montpelier Vermont Country Store was an idea but it never evolved to the stage of  implementation.    "The Montpelier Vermont Country Store" does not now have and never did have any inventory,

Page 1 of 4

catalogue, goods, supplier of goods or arrangement with any supplier of goods.

5.    "The Montpelier Vermont Country Store" does not now have  and never did have a bricks and mortar location.

6.    "The Montpelier Vermont Country Store" does not now have and never has had any website on the Internet.

7.    The Plaintiffs base their complaint, in part, upon the use of the Uniform Resource Locator ("URL") www.montpeliercountrystore.com.    That  website is not now and never has been owned or controlled by me or by  "The Montpelier Vermont Country Store."

8.    The    URL    of    that website about which Plaintiffs complain, www.montpeliercountrystore.com, differs materially from the "The Montpelier Vermont Country Store" trade name I  registered with the Vermont Secretary of State.

9.    The URL www.montpeliercountrystore.com about which the Plaintiffs complain is owned by Michael E. Nelson and/or by his company, BiCoastal Consulting.   The site expressly states "copyright Mike Nelson." [See Attachment B].  I did not authorize any use of my trade name "The Montpelier Vermont Country Store" on that website (or any where else) to advertise for sale or solicit any orders for goods or services..   There were no listings on that website of any specific goods being available for sale from "The Montpelier Vermont Country Store".  "The Montpelier Vermont Country Store" has never accepted, received or filled  any order for goods which may have been directed to that website.

10.    There is an organization in Vermont named "Vermont Alliance of Independent Country Stores."  My review of this organization's website, at www.vaics.org/, [Attached as Exhibit C] shows that the following eighteen Vermont stores use the phrase "country store" as part of their names: Bridgewater Corners Country Store, East Charleston Country Store, Jericho

Center Country Store, Jerusalem Corners Country Store, Jonesville Country Store, Mendon Country Store, Morgan Country Store; North Concord Country Store, North Montpelier/Riverbend Country Store, Ripton Country Store, Roxbury Country Store, Shaftsbury Country Store, South Woodstock Country Store, Taftsville Country Store, Underhill Country Store, Wardsboro Country Store, West Arlington Wayside Country Store and Clutes Country Store. The names of all but one of these eighteen "country stores" also includes the name of the municipality in which the store is located.

11.     It is my understanding that Vrest Orten was the founder of the Plaintiff, The Vermont Country Store, Inc. Mr. Orten authored a book entitled "The Story Of The Vermont Country Store" which was published by Academy Books of Rutland, Vermont in 1983.     The following text appears at page 8 of that book [See "Attachment D"]:

> There's another phase of history which is a kind of duty. The early settlers who landed at Massachusetts Bay Colony began creating what we would call today, institutions. One major institution still with us is the town meeting, supposedly the essence of democracy. Another institution of which there are few examples left is the New England village with a few houses built around a common or village green. And of course there is the country store.
>
> We feel that this early American institution which we have restored here in southern Vermont is worthy of preservation. This nation today is full of stores in the country but few are authentic examples of the genuine country store in rural America. The national recognition we have received both in the press and letters from the public impose upon us a duty to continue to keep alive this keystone of American culture.

12.     Independent country stores in Vermont are the subject of a June 7, 2003 proclamation by the Governor of Vermont. [Attachment E].   The proclamation recognizes that the independent country store is, *inter alia*, a fundamental component of Vermont's commerce, history and landscape, integral to Vermont's individuality, represents the core values and ethics of Vermonters, is central to a mixed innovative and dynamic economic and community climate and contributes to a critical understanding and respect for Vermont's heritage. It also proclaims September 2003 as "Independent Country Store Month in Vermont";

13.    I conducted research by utilizing the Trademark Electronic Search System ("TESS") database of trademark applications maintained by the United States Patent and Trademark Office records located at www.uspto.gov..   That search revealed 139 applications for trademarks which include the term COUNTRY STORE.["Attachment F"]

14.    Record 79 out of 139 is the application of the Plaintiff for registration Number 1591451 for the alleged mark VERMONT COUNTRY STORE.["Attachment G"]. In that registration, plaintiff VCS was required to "disclaim" its exclusive right to use the term COUNTRY STORE.  That application also contains a "distinctiveness limitation" "'AS TO THE WORD VERMONT.'"

15.    Record 44 out of 139 is the application of the Plaintiff for registration Number 2298586 for the word mark THE VERMONT COUNTRY STORE APOTHECARY." ["Attachment H"] The application also contains a "distinctiveness limitation" "AS TO 'THE VERMONT COUNTRY STORE."

16.    I am not now nor have I never been in any contractual or other business association with Michael E. Nelson relating to the selling of goods and/or services or the advertisement of goods and services for sale.

17.    If Michael E. Nelson did any of the acts that VCS's complaint alleges he did, they were not done or authorized by me or by "The Montpelier Vermont Country Store."

18.    The reason the "The Montpelier Vermont Country Store" trade name I registered with the Vermont Secretary of State used the words "Montpelier Vermont" was to designated the location of my intended store.    I felt that the "Vermont" component  was advisable to differentiate my intended store location from the Montpeliers in a number of other states.

Dated this 25th day March , 2005 at Montpelier, Vermont.

Alan Goldman

# VERMONT SECRETARY OF STATE



## *Deborah L. Markowitz*

| ARCHIVES | CORPORATIONS | ELECTIONS | OTHER PROGRAMS | PROFESSIONAL REGULATIONS | SECRE BU |

### Tradename Information

| Trade Name | MONTPELIER VERMONT COUNTRY STORE THE |
|---|---|
| Status | Active |
| File Number | 0137570 |
| City State Zip | MONTPELIER VT 05602 |
| Description | RETAIL STORE/ONLINE SALES |
| Registration Date | 01/28/2004 |
| Member 1 | ALAN GOLDMAN |
| Address | 1014 TERRACE ST |
| City State Zip | 05602 |

Above accurate as of: 03/10/2005

Information Contact

**Home | Site Search | Help**
**Vermont State Page | Contact | Disclaimer**

**This Web Page is** 

*A*

ATTACHMENT B

**Registration Date**    December 7, 1999

**Owner**    (REGISTRANT) Vermont Country Store, The CORPORATION VERMONT P.O. Box 1108 Manchester Center VERMONT 052551108

**Attorney of Record**    MICHAEL D FISHMAN

**Prior Registrations**    1143763;1591451

**Disclaimer**    NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "APOTHECARY" APART FROM THE MARK AS SHOWN

**Type of Mark**    SERVICE MARK

**Register**    PRINCIPAL-2(F)-IN PART

**Live/Dead Indicator**    LIVE

**Distinctiveness Limitation Statement**    as to "THE VERMONT COUNTRY STORE"

More-Information@montpeliercountrystore.com

Bookmark Montpelier Country Store
Customer Requests & Suggestions
Copyright Mike Nelson

Web Hosting

*B*



# VERMONT ALLIANCE OF INDEPENDENT COUNTRY STORES

Home

**Search Country Stores**

[                    ] [Go]

## Member Stores

Adamant Co-op
Barnard General
Benson Village
Bloomfield/Debanville General
Bradford/Bliss Village
Braintree/Snowsville General
Bridgewater Corners Country
Bristol/Village Corner
Brookfield Valley
Cambridge/Village Market
Castleton Village
Charlotte/Old Brick Store
Chelsea/Will's Store
Chester/Lisai's Chester Market
Danby Four Corners Store
Dorset/H. N. Williams Store
Dorset/Peltier's Market
East Poultney General
Elmore Store
Evansville Trading Post
Glover/Currier's Quality Market
Grafton Grocery Market
Graniteville General
Greensboro/Willey's Store
Hyde Park/Village Market
Jericho Center Country
Jerusalem Corners Country
Jonesville Country
Marshfield Village
Mendon Country
Monkton General
Morgan Country
Newbury Village
Newfane Market
North Montpelier/Riverbend Country
Northfield Falls/Falls General
Norwich/Dan & Whit's
Panton General
Pawlet/Mach's General
Peru/Bromley Market
Pittsford/Kamuda's Market
Plainfield/The Red Store
Randolph Center/Floyd's Store
Ripton Country
Roxbury Country
Saint Albans/Center Market
Saxtons River Village
South Strafford/Coburn's
South Woodstock Country
Taftsville Country
Underhill Country
Waits River General
Waitsfield/Village Grocery
Wardsboro Country
Warren Store
West Arlington/Wayside Country
West Charleston Corner
West Bridgewater/Sunrise General
West Danville/Hastings Store
Woodbury Village

## Vermont's *Independent* Country Stores

The **Vermont Alliance of Independent Country Stores** is a nonprofit organization whose mission is to promote and enhance country stores, while preserving their unique heritage and contributions to their communities.

This site can **help you plan your trip through Vermont**, as you stop at our Independent Country Stores for food and fuel and souvenirs and conversation and new friendships. Our individual store pages tell you what products and services you can find, offer pictures of the stores along with local history background, and give links to local sites and other information.

## Tour Vermont -- Country Stores Welcome You!

Planning your Vermont trek? Stop for directions, lunch, souvenirs, and the best of Vermont hospitality along the way! Use the **Tour Map of Country Stores** to help make the most of your visit to the Green Mountains! We're updating our tours and maps to include our eighteen new store members! Almost finished! Another day now!

## It's the Banner!

Look for the banner or the Alliance decal and know that you're in one of Vermont's *genuine independent country stores!* **Alliance members also now sport the Vermont Seal of Quality!**

## CNN Was at the Alliance Meeting!

**Watch the CNN report** in the Newsroom and see some pictures of the meeting There are other videos and news articles in the Newsroom or you can watch our own homemade video of available in streaming Real Media or WindowsMedia formats. Watch **"Vermont's Independent Country Stores"**

## Vermont Village Foods -- A



To the Store Locator



To the Tour Guide



Seal of Quality





ATTACHMENT D

# The Story of

# The Vermont Country Store

## AN AMERICAN INSTITUTION

*By*

## VREST ORTON

Former President, American Association of Historic Sites Public Officials;
Chairman of the Vermont Historic Sites Commission;
Vice President, Vermont Historical Society.



**ACADEMY BOOKS - RUTLAND, VERMONT**

D



# Chapter 1
# The Feeling

---

*Meaning of History*

Many young people today have reservations about the necessity of knowing history. They don't realize its importance and the fact that without history we could never understand the present or prepare for the future. To illustrate the remarkable necessity for knowing history the following story was told me many years ago by Dr. Frank Monagham, professor of History at Yale.

One day the police in New York City picked up a man lying on the sidewalk. Since they couldn't discover any visible injuries and since he was unconscious they rushed him to Bellevue Hospital. Interrogated by a team of medical doctors, they found that the man didn't know who he was, where he had come from, what he was doing in New York or where he was going.

The doctors finally diagnosed the problem as amnesia.

I call it a loss of history.

There's another phase of history which is a kind of duty. The early settlers who landed at Massachusetts Bay Colony began creating what we would call today, institutions. One major institution still with us is the town meeting, supposedly the essence of democracy. Another institution of which there are few examples left is the New England village with a few houses built around a common or village green. And of course there is the country store.

We feel that this early American institution which we have restored here in southern Vermont is worthy of preservation. This nation today is full of stores in the country but few are authentic examples of the genuine country store in rural America. The national recognition we have received both in the press and letters from the public impose upon us a duty to continue to keep alive this keystone of American culture.



ATTACHMENT E

# STATE OF VERMONT
## EXECUTIVE DEPARTMENT
### A PROCLAMATION

**WHEREAS,**    the independent country store has been a fundamental component of the commerce, history and landscape of Vermont since its earliest days; and

**WHEREAS,**    the independent country store is integral to Vermont's individuality as reflected in its towns, villages, and cities; and

**WHEREAS,**    the independent country store is a family enterprise that represents the core values and ethics of Vermonters; and

**WHEREAS,**    the independent country store is a year-round center for goods, news, services, information, and help in times of need; and

**WHEREAS,**    the independent country store is a welcome center that contributes to the decision to visit Vermont and makes such visits rewarding; and

**WHEREAS,**    the independent country store is central to a mixed, innovative, and dynamic economic and community climate; and

**WHEREAS,**    the strong and healthy survival of independent country stores is essential to families, their community, their security and their well-being; and

**WHEREAS,**    the independent country store continues to contribute to a critical understanding and respect for Vermont's heritage.

**NOW THEREFORE,**    I, James H. Douglas, Governor, do hereby proclaim **September 2003,** as

### INDEPENDENT COUNTRY STORE MONTH

in Vermont.

Given under my hand and the Great Seal of the State of Vermont this **7ᵀᴴ** day of June, A.D. 2003.

James H. Douglas
Governor

By the Governor:

Neale F. Lunderville
Secretary of Civil and Military Affairs

I hereby certify that this is a true and accurate copy.

Neale F. Lunderville
Secretary of Civil and Military Affairs

E



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

# Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Mar 19 04:26:14 EST 2005*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | FREE FORM | BROWSE DICT | BOTTOM | HELP |

**WARNING: AFTER SEARCHING THE USPTO DATABASE, EVEN IF YOU THINK THE RESULTS ARE "O.K.," DO NOT ASSUME THAT YOUR MARK CAN BE REGISTERED AT THE USPTO. AFTER YOU FILE AN APPLICATION, THE USPTO MUST DO ITS OWN SEARCH AND OTHER REVIEW, AND MIGHT REFUSE TO REGISTER YOUR MARK.**

View Search History

**Records Returned:** 200                **Plurals:** No    *Quick Tips*

**Search Term:** country    **Field** Non-Punctuated Word Mark    **Operator** AND

**Search Term:** store    **Field** Non-Punctuated Word Mark

Submit Query
Clear Query

Logout

*Please logout when you are done to release system resources allocated for you.*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | FREE FORM | BROWSE DICT | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY





**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > Trademark Electronic Search System (QOSG)

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Mar 19 04:26:14 EST 2005*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | PREV LIST | NEXT LIST | BOTTOM |
| HELP |

**Logout**  *Please logout when you are done to release system resources allocated for you.*

**Start** List At: [____] OR **Jump** to record: [____]

## 139 Records(s) found (This page: 1 ~ 139)

Refine Search [(country)[MN] and (store)[MN]____]  **Submit**

Current Search: S1: (country)[MN] and (store)[MN]  docs: 139 occ: 280

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 78555036 | | FARMERS COUNTRY KITCHEN AND STORE | TARR | LIVE |
| 2 | 78352202 | | FARMERS KITCHEN AND COUNTRY STORE | TARR | LIVE |
| 3 | 78554185 | | FARMERS KITCHEN & COUNTRY STORE | TARR | LIVE |
| 4 | 78174513 | | COUNTRY STORE CANDIES | TARR | DEAD |
| 5 | 78487656 | | FARMERS KITCHEN & COUNTRY STORE | TARR | LIVE |
| 6 | 78493107 | | STEAMBOAT COUNTRY STORE | TARR | LIVE |
| 7 | 78102028 | 2887455 | STEINBECK COUNTRY GENERAL STORE | TARR | LIVE |
| 8 | 78476662 | | WILLIAMS COUNTRY STORE | TARR | LIVE |
| 9 | 78174527 | | COUNTRY STORE CANDIES | TARR | LIVE |
| 10 | 78273667 | | THE AMISH COUNTRY STORE | TARR | DEAD |
| 11 | 78198850 | | A COUNTRY STORE ONLINE | TARR | DEAD |
| 12 | 78124563 | | COUNTRY STORE | TARR | DEAD |
| 13 | 78096740 | 2714716 | GREEN ACRES COUNTRY STORE | TARR | LIVE |
| 14 | 76382780 | | KEYSTONE COUNTRY STORE FT. LOUDON, PA HUNTING TEAM | TARR | DEAD |
| 15 | 76420421 | 2697764 | ORIGINAL CRACKER BARREL OLD COUNTRY STORE CAST IRON | TARR | LIVE |
| 16 | 76394221 | 2801065 | MUSIC CATALOGUE CRACKER BARREL OLD COUNTRY STORE | TARR | LIVE |
| 17 | 76325064 | 2621038 | HALF RESTAURANT HALF STORE ALL COUNTRY | TARR | LIVE |
| 18 | 76325063 | 2621037 | HALF RESTAURANT HALF STORE ALL COUNTRY | TARR | LIVE |
| 19 | 76440834 | 2833752 | COUNTRY STORE | TARR | LIVE |
| 20 | 76474239 | 2893953 | POA COUNTRY STORE | TARR | LIVE |

| | | | | | |
|---|---|---|---|---|---|
| 21 | 76066529 | 2596911 | AMERICA'S COUNTRY STORE | TARR | LIVE |
| 22 | 76086703 | | REMINGTON HOMES COUNTRY STORE | TARR | LIVE |
| 23 | 76382782 | 2770916 | KEYSTONE COUNTRY STORE FORT LOUDON, PA | TARR | LIVE |
| 24 | 76304291 | 2620919 | SEARCHING THE AMERICA'S & BEYOND FOR THINGS WORTH HAVING FOR YOU & YOUR HOME BLUE WHALE COUNTRY STORE | TARR | LIVE |
| 25 | 76128748 | | AMERICA'S COUNTRY STORE | TARR | DEAD |
| 26 | 76115977 | 2712535 | BRANYNN WOODS THE COUNTRY LIVING STORE | TARR | LIVE |
| 27 | 76095185 | | POKEY'S SLOW COOKED BAR-B-Q & COUNTRY STORE | TARR | DEAD |
| 28 | 76094611 | | "AMERICA'S COUNTRY STORE...A RURALPOLITAN STORE!" | TARR | DEAD |
| 29 | 75268564 | 2144665 | CPCA COUNTRY STORE | TARR | DEAD |
| 30 | 75461800 | 2260787 | CRACKER BARREL OLD COUNTRY STORE | TARR | LIVE |
| 31 | 75004101 | 2213197 | CRACKER BARREL OLD COUNTRY STORE NEIGHBORHOOD | TARR | LIVE |
| 32 | 75424427 | 2256764 | THE COUNTRY SAMPLER STORE | TARR | LIVE |
| 33 | 75808387 | 2471046 | AMERICA'S COUNTRY STORE | TARR | LIVE |
| 34 | 75214667 | 2182902 | AMERICA'S COUNTRY STORE | TARR | LIVE |
| 35 | 75424428 | 2259026 | THE COUNTRY SAMPLER STORE | TARR | LIVE |
| 36 | 75115641 | 2052777 | YESTERDAY'S FURNITURE AND COUNTRY STORE | TARR | DEAD |
| 37 | 75895989 | 2433358 | MCILHENNY CO. TABASCO COUNTRY STORE | TARR | LIVE |
| 38 | 75723238 | | MOUNTAIN MADE.COM A VIRTUAL WEST VIRGINIA COUNTRY STORE | TARR | DEAD |
| 39 | 75591115 | 2373897 | SWEET DONNA'S COUNTRY STORE, RESTAURANT & BAKERY | TARR | LIVE |
| 40 | 75576819 | | CASCADE COUNTRY STORE | TARR | DEAD |
| 41 | 75443545 | | KOOTZNAHOO GAZETTE AND COUNTRY STORE | TARR | DEAD |
| 42 | 75350905 | 2242541 | A COUNTRY STORE IN YOUR MAILBOX | TARR | LIVE |
| 43 | 75311547 | 2449432 | REPLAY COUNTRY STORE | TARR | LIVE |
| 44 | 75304465 | 2298586 | THE VERMONT COUNTRY STORE APOTHECARY | TARR | LIVE |
| 45 | 75129655 | | COUNTRY STORE BRAND | TARR | DEAD |
| 46 | 75120324 | | THE OLD COUNTRY STORE | TARR | DEAD |
| 47 | 75010345 | | FLAPJACKS COUNTRY COOKIN' GENERAL STORE | TARR | DEAD |
| 48 | 74471449 | 1864102 | THE VERMONT COUNTRY STORE | TARR | LIVE |
| 49 | 74664245 | 2034882 | CRACKER BARREL OLD COUNTRY STORE | TARR | LIVE |
| 50 | 74578235 | 1931274 | CRACKER BARREL OLD COUNTRY STORE | TARR | LIVE |
| 51 | 74376622 | 1850102 | RUDY'S COUNTRY STORE AND BAR-B-Q | TARR | LIVE |
| 52 | 74679034 | 2106168 | CRACKER BARREL CORNER MARKET OLD COUNTRY STORE'S QUALITY TAKE HOME FOODS | TARR | DEAD |
| 53 | 74679035 | | CRACKER BARREL CORNER MARKET OLD COUNTRY STORE'S QUALITY TAKE HOME FOODS | TARR | DEAD |
| 54 | 74670452 | | THE COUNTRY STORE APOTHECARY | TARR | DEAD |
| 55 | 74597104 | 1945393 | GIMBEL & SONS COUNTRY STORE | TARR | DEAD |
| 56 | 74568851 | | AUNT ALLIE'S RESTAURANT COUNTRY STORE | TARR | DEAD |
| 57 | 74541174 | 2010618 | KAWLIGA'S COUNTRY WESTERN STORE LTD. | TARR | DEAD |
| 58 | 74416654 | 1894415 | MAYFAIR COUNTRY STORE | TARR | DEAD |

| 59 | 74397056 | 1882285 | COUNTRY STORE | TARR | DEAD |
|----|----------|---------|---------------|------|------|
| 60 | 74397055 | 1907416 | REPLAY COUNTRY STORE | TARR | LIVE |
| 61 | 74333714 | 2188667 | BIRDWATCHERS' COUNTRY STORE | TARR | LIVE |
| 62 | 74322970 | 1846074 | CAMBRIDGE COUNTRY STORE | TARR | DEAD |
| 63 | 74289990 | | COUNTRY STORE | TARR | DEAD |
| 64 | 74276324 | 2012957 | TOY FARMER COUNTRY STORE | TARR | LIVE |
| 65 | 74261893 | | COUNTRY STORE | TARR | DEAD |
| 66 | 74257485 | 1825985 | C.J. CRAVEN'S OLD COUNTRY STORE COFFEE SHOPPE BAKERY DESSERT PARLOR NEW COUNTRY RESTAURANT | TARR | DEAD |
| 67 | 74166853 | 1779070 | FARMSIDE COUNTRY STORE | TARR | LIVE |
| 68 | 74083980 | 1674639 | POLO COUNTRY STORE | TARR | LIVE |
| 69 | 74069682 | | AGWAY COUNTRY STORE | TARR | DEAD |
| 70 | 74069681 | | AGWAY COUNTRY STORE | TARR | DEAD |
| 71 | 74051034 | 1634580 | COUNTRY SUPPLY CO. BLACKSMITH GRAND HOTEL SHERIFF SALOON GENERAL STORE | TARR | DEAD |
| 72 | 73633046 | 1466320 | PIECEMAKERS COUNTRY STORE | TARR | LIVE |
| 73 | 73633045 | 1468461 | PIECEMAKERS COUNTRY STORE | TARR | LIVE |
| 74 | 73633044 | 1461073 | PIECEMAKERS COUNTRY STORE | TARR | LIVE |
| 75 | 73382917 | 1277219 | CALLAWAY GARDENS COUNTRY STORE | TARR | LIVE |
| 76 | 73382918 | 1277444 | CALLAWAY GARDENS COUNTRY STORE | TARR | LIVE |
| 77 | 73176420 | 1142958 | CRACKER BARREL OLD COUNTRY STORE | TARR | LIVE |
| 78 | 73440979 | 1295460 | COUNTRY STORE | TARR | LIVE |
| 79 | 73810581 | 1591451 | VERMONT COUNTRY STORE | TARR | LIVE |
| 80 | 73358570 | 1261827 | COUNTRY STORE BRAND | TARR | LIVE |
| 81 | 73797405 | 1576441 | COUNTRY STORE | TARR | LIVE |
| 82 | 73786535 | 1566559 | WESTMORELAND'S COUNTRY STORE | TARR | DEAD |
| 83 | 73766362 | 1553337 | TABASCO COUNTRY STORE | TARR | LIVE |
| 84 | 73758589 | 1554212 | CALEF'S COUNTRY STORE | TARR | DEAD |
| 85 | 73714863 | 1576314 | MOOSEHEAD COUNTRY STORE | TARR | DEAD |
| 86 | 73697844 | 1497690 | TABASCO COUNTRY STORE | TARR | LIVE |
| 87 | 73673225 | 1479454 | THE COUNTRY-STORE TELEPHONE | TARR | LIVE |
| 88 | 73652812 | | WESTMORELAND'S COUNTRY STORE | TARR | DEAD |
| 89 | 73648902 | 1460268 | MOM 'N' POP'S COUNTRY STORE AND RESTAURANT | TARR | DEAD |
| 90 | 73647986 | 1460250 | MOM 'N' POP'S COUNTRY STORE AND RESTAURANT | TARR | DEAD |
| 91 | 73635145 | 1482525 | THE MARYLAND COUNTRY STORE | TARR | DEAD |
| 92 | 73621820 | 1497961 | THE TUSSIE MUSSIE COUNTRY STORE - STURBRIDGE- | TARR | DEAD |
| 93 | 73597839 | 1434862 | COUNTRY STORE | TARR | LIVE |
| 94 | 73565186 | 1433102 | COUNTRY STORE | TARR | LIVE |
| 95 | 73562403 | 1447697 | THE COUNTRY STORE | TARR | DEAD |
| 96 | 73559612 | 1440872 | STEEL BEAR DELI & COUNTRY STORE | TARR | DEAD |
| 97 | 73501881 | | RED ROOSTER COUNTRY STORE | TARR | DEAD |
| 98 | 73496820 | 1341072 | HOWARD KAPLAN'S FRENCH COUNTRY STORE | TARR | DEAD |
| 99 | 73496819 | 1342604 | HOWARD KAPLAN'S FRENCH COUNTRY STORE | TARR | DEAD |
| 100 | 73496818 | 1340837 | HOWARD KAPLAN'S FRENCH COUNTRY STORE | TARR | DEAD |

| 101 | 73496817 | 1340790 | HOWARD KAPLAN'S FRENCH COUNTRY STORE | TARR | DEAD |
| 102 | 73496816 | 1340724 | HOWARD KAPLAN'S FRENCH COUNTRY STORE | TARR | DEAD |
| 103 | 73496815 | 1340516 | HOWARD KAPLAN'S FRENCH COUNTRY STORE | TARR | DEAD |
| 104 | 73496813 | 1342490 | HOWARD KAPLAN'S FRENCH COUNTRY STORE | TARR | DEAD |
| 105 | 73458834 | 1313669 | COUNTY LINE COUNTRY CHEESE STORE | TARR | DEAD |
| 106 | 73454634 | 1303283 | PROF. BEAR'S COUNTRY SCHOOL STORE | TARR | DEAD |
| 107 | 73432562 | 1301746 | HOWARD KAPLAN'S FRENCH COUNTRY STORE | TARR | DEAD |
| 108 | 73431555 | 1438207 | THE COUNTRY STORE | TARR | LIVE |
| 109 | 73348589 | | BERRENDA MESA FARMS COUNTRY STORE | TARR | DEAD |
| 110 | 73345418 | | COUNTRY STORE | TARR | DEAD |
| 111 | 73343974 | 1262565 | WISCONSIN COUNTRY STORE | TARR | DEAD |
| 112 | 73324467 | 1243716 | THE COUNTRY STORE | TARR | DEAD |
| 113 | 73321105 | 1203220 | MOUNTAIN MIST COUNTRY STORE | TARR | DEAD |
| 114 | 73318072 | | BEN HEG`S COUNTRY STORE | TARR | DEAD |
| 115 | 73308066 | 1230130 | THE GARDENS COUNTRY STORE | TARR | DEAD |
| 116 | 73308065 | 1230529 | GARDENS COUNTRY STORE | TARR | DEAD |
| 117 | 73305127 | | COUNTRY STORE | TARR | DEAD |
| 118 | 73303194 | 1314127 | THE AMERICAN COUNTRY STORE | TARR | DEAD |
| 119 | 73274665 | 1215757 | THE COUNTRY STORE | TARR | DEAD |
| 120 | 73265992 | 1152022 | THE COUNTRY STORE | TARR | DEAD |
| 121 | 73259426 | 1400565 | COUNTRY STORE POPCORN | TARR | LIVE |
| 122 | 73254087 | 1194024 | THE MARLBORO COUNTRY STORE | TARR | DEAD |
| 123 | 73253853 | 1213316 | THE MARLBORO COUNTRY STORE | TARR | DEAD |
| 124 | 73253755 | 1193647 | THE MARLBORO COUNTRY STORE | TARR | DEAD |
| 125 | 73253753 | 1193663 | THE MARLBORO COUNTRY STORE | TARR | DEAD |
| 126 | 73244385 | 1190269 | THE OLDE TOWNE & COUNTRY STORE, INC. | TARR | DEAD |
| 127 | 73236166 | 1161891 | THE COUNTRY LIVING STORE | TARR | DEAD |
| 128 | 73193325 | 1143763 | THE VERMONT COUNTRY STORE | TARR | LIVE |
| 129 | 73169776 | 1142479 | STEINBECK COUNTRY GENERAL STORE | TARR | DEAD |
| 130 | 73074446 | 1054866 | COUNTRY STORE ON WHEELS | TARR | DEAD |
| 131 | 72455039 | 0976055 | WILESWOOD COUNTRY STORE | TARR | DEAD |
| 132 | 72446521 | 0975098 | IOWA COUNTRY STORE | TARR | DEAD |
| 133 | 72452843 | 1003143 | COUNTRY STORE | TARR | LIVE |
| 134 | 81024959 | 1024959 | COUNTRY STORE | TARR | DEAD |
| 135 | 72443126 | 1028256 | MARLBORO COUNTRY STORE | TARR | LIVE |
| 136 | 72341439 | 0898452 | "CRACKER BARREL" OLD COUNTRY STORE | TARR | DEAD |
| 137 | 72339762 | 0921210 | COUNTRY STORE POPCORN | TARR | DEAD |
| 138 | 72310957 | 0893374 | COUNTRY STORE MERCHANDISE | TARR | DEAD |
| 139 | 72201924 | 0808165 | COUNTRY STORE BUTTER-STICKS | TARR | DEAD |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

# Trademark Electronic Search System(Tess)

TESS was last updated on Sat Mar 19 04:26:14 EST 2005

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [ ]   OR   Jump   to record: [ ]   **Record 79 out of 139**

Check Status   *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | VERMONT COUNTRY STORE |
| **Goods and Services** | IC 042. US 101. G & S: RETAIL DEPARTMENT STORE SERVICES. FIRST USE: 19840731. FIRST USE IN COMMERCE: 19840731 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 070306 |
| **Serial Number** | 73810581 |
| **Filing Date** | July 3, 1989 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 16, 1990 |
| **Registration Number** | 1591451 |
| **Registration Date** | April 10, 1990 |
| **Owner** | (REGISTRANT) VERMONT COUNTRY STORE, THE CORPORATION VERMONT P.O. BOX 1108 MANCHESTER CENTER VERMONT 052551108 |
| **Prior Registrations** | 1143763 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COUNTRY STORE" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | THE MARK CONSISTS, IN PART, OF THE WORDS "VERMONT COUNTRY STORE" WHICH APPEAR ABOVE THE DOOR. |
| **Type of Mark** | SERVICE MARK |



| | |
|---|---|
| **Register** | PRINCIPAL-2(F)-IN PART |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040608. |
| **Renewal** | 1ST RENEWAL 20040608 |
| **Live/Dead Indicator** | LIVE |
| **Distinctiveness Limitation Statement** | AS TO THE WORD "VERMONT" |

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2005-03-21 17:20:34 ET

**Serial Number:** 73810581

**Registration Number:** 1591451

**Mark**



**(words only):** VERMONT COUNTRY STORE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2004-06-08

**Filing Date:** 1989-07-03

**Transformed into a National Application:** No

**Registration Date:** 1990-04-10

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-06-09

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. VERMONT COUNTRY STORE, THE

**Address:**
VERMONT COUNTRY STORE, THE
P.O. BOX 1108

MANCHESTER CENTER, VT 052551108
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Vermont

---

## GOODS AND/OR SERVICES

---

**International Class:** 042
RETAIL DEPARTMENT STORE SERVICES
**First Use Date:** 1984-07-31
**First Use in Commerce Date:** 1984-07-31

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

---

**Disclaimer:** "COUNTRY STORE"

**Description of Mark:** THE MARK CONSISTS, IN PART, OF THE WORDS "VERMONT COUNTRY STORE" WHICH APPEAR ABOVE THE DOOR.

**Section 2(f), in part,** AS TO THE WORD "VERMONT"

**Prior Registration Number(s):**
1143763

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2004-06-08 - First renewal 10 year

2004-06-08 - Section 8 (10-year) accepted/ Section 9 granted

2000-04-10 - Combined Section 8 (10-year)/Section 9 filed

1995-12-15 - Section 8 (6-year) accepted & Section 15 acknowledged

1995-04-26 - Section 8 (6-year) and Section 15 Filed

1990-04-10 - Registered - Principal Register

1990-01-16 - Published for opposition

1989-12-20 - Notice of publication

1989-10-04 - Approved for Pub - Principal Register (Initial exam)

1989-09-28 - Examiner's amendment mailed

1989-09-05 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

---

**Correspondent**
MICHAEL D. FISHMAN
RADER, FISHMAN & GRAUER PLLC
1533 NORTH WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

---



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > Trademark Electronic Search System (TESS)

# Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Mar 19 04:26:14 EST 2005*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout**  Please logout when you are done to release system resources allocated for you.

**Start**  List At: [＿＿＿]  OR  **Jump**  to record: [＿＿＿]   **Record 44 out of 139**

**Check Status**  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | THE VERMONT COUNTRY STORE APOTHECARY |
| **Goods and Services** | IC 035. US 100 101 102. G & S: mail order catalog services featuring natural health care remedies and supplements for beauty and health care. FIRST USE: 19970700. FIRST USE IN COMMERCE: 19970700 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75304465 |
| **Filing Date** | June 6, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 8, 1998 |
| **Registration Number** | 2298586 |
| **Registration Date** | December 7, 1999 |
| **Owner** | (REGISTRANT) Vermont Country Store, The CORPORATION VERMONT P.O. Box 1108 Manchester Center VERMONT 052551108 |
| **Attorney of Record** | MICHAEL D FISHMAN |
| **Prior Registrations** | 1143763;1591451 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "APOTHECARY" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F)-IN PART |
| **Live/Dead Indicator** | LIVE |
| **Distinctiveness Limitation Statement** | as to "THE VERMONT COUNTRY STORE" |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |

*H*

CURR LIST   NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2005-03-21 17:14:58 ET

**Serial Number:** 75304465

**Registration Number:** 2298586

**Mark (words only):** THE VERMONT COUNTRY STORE APOTHECARY

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 1999-12-07

**Filing Date:** 1997-06-06

**Transformed into a National Application:** No

**Registration Date:** 1999-12-07

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1999-12-13

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Vermont Country Store, The

**Address:**
Vermont Country Store, The
P.O. Box 1108
Manchester Center, VT 052551108
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Vermont

---

## GOODS AND/OR SERVICES

**International Class:** 035
mail order catalog services featuring natural health care remedies and supplements for beauty and health

care
**First Use Date:** 1997-07-00
**First Use in Commerce Date:** 1997-07-00

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

**Disclaimer:** "APOTHECARY"

**Section 2(f), in part,** as to "THE VERMONT COUNTRY STORE"

**Prior Registration Number(s):**
1143763
1591451

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

1999-12-07 - Registered - Principal Register

1999-10-14 - Allowed for Registration - Principal Register (SOU accepted)

1999-10-14 - Statement of use processing complete

1999-09-02 - Amendment to Use filed

1999-10-12 - Case file assigned to examining attorney

1999-03-02 - Notice of allowance - mailed

1998-12-08 - Published for opposition

1998-11-06 - Notice of publication

1998-09-01 - Approved for Pub - Principal Register (Initial exam)

1998-06-09 - Communication received from applicant

1997-12-09 - Non-final action mailed

1997-11-20 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

**Correspondent**
MICHAEL D FISHMAN (Attorney of record)

MICHAEL D FISHMAN
RADER FISHMAN & GRAUER PLLC
1533 N WOODWARD AVE STE 140
BLOOMFIELD HILLS MI 48304

---